UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

EDUARDO FERNANDEZ,

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 8944

Defendant __EDUARDO FERNANDEZ_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer on August 24, 2020

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

___  Conference Before a Judicial Officer


/s/Signed by Counsel on behalf of defendant
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Daniel S. Parker, signed digitally
Defendant's Counsel's Signature

EDUARDO FERNANDEZ
Print Defendant's Name

Daniel S. Parker
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

August 24, 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge